■ Eugene G. LaBorie et al., Respondents, v Walter McFall et al., Appellants.—Order unanimously affirmed without costs for reasons stated at Special Term, DePasquale, J. (Appeal from order of Supreme Court, Seneca County, DePas-

quale, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.